822

No. 1230, October Term, 1945. BEECHER *v.* FEDERAL LAND BANK OF SPOKANE ET AL. October 14, 1946. 328 U. S. 871.

No. 1233, October Term, 1945. E. L. ESSLEY MACHINERY CO. *v.* DELTA MANUFACTURING CO. October 14, 1946. 328 U. S. 867.

No. 1241, October Term, 1945. KAR ENGINEERING CO., INC. *v.* BROWN & SHARPE MANUFACTURING CO. ET AL. October 14, 1946. 328 U. S. 869.

No. 1242, October Term, 1945. MEDLEY *v.* UNITED STATES. October 14, 1946. 328 U. S. 873.

No. 1255, October Term, 1945. WEST PUBLISHING CO. *v.* McCOLGAN, FRANCHISE TAX COMMISSIONER. October 14, 1946. 328 U. S. 823.

No. 1265, October Term, 1945. ROBERTS *v.* BOWMAN, SUPERINTENDENT. October 14, 1946. 328 U. S. 873.

No. 1266, October Term, 1945. SMALL *v.* WEBSTER, SUPERINTENDENT. October 14, 1946. 328 U. S. 873.

No. 342, October Term, 1945. ANDERSON ET AL. *v.* MT. CLEMENS POTTERY CO. October 14, 1946. 328 U. S. 680.